Matthew G. Kleiner (Bar No. 024275)
**GORDON REES SCULLY MANSUKHANI**
One Renaissance Square
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004
T: (619) 230-7419
mkleiner@grsm.com

*Attorneys for Defendant,*
*Meritain Health Incorporated*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| PHI Health, LLC,<br>Plaintiff,<br>v.<br>Whiteriver Unified School District No. 20, Meritain Health Incorporated, XYZ, Corp.,<br>Defendants. | No. 2:25-cv-00012-DWL<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, EACH PARTY AND THEIR ATTORNEYS OF RECORD:**

Plaintiff PHI Health, LLC ("Plaintiff") and Defendants Whiteriver Unified School District No. 20, and Meritain Health Incorporated, XYZ, Corp., (collectively the "Parties") have reached a settlement in the captioned matter. The parties anticipate the settlement will be fully documented within the next 45-60 days and request this Court vacate all pending trial and trial related dates.

Dated: September 22, 2025

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/Matthew G. Kleiner*
Matthew G. Kleiner
*Attorneys for Defendant,*
*Meritain Health Incorporated*

Dated: September 22, 2025

**ENGELMAN BERGER, P.C.**

*/s/ Wade M. Burgeson*

/s/ Wade M. Burgeson
Wade M. Burgeson
Attorneys for Plaintiff,
PHI Health, LLC

Matthew G. Kleiner (Bar No. 024275)
**Gordon Rees Scully Mansukhani**
One Renaissance Square
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004
T: (619) 230-7419
mkleiner@grsm.com

*Attorneys for Defendant,*
*Meritain Health Incorporated*

Gordon Rees Scully Mansukhani, LLP
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| PHI Health, LLC,<br>Plaintiff,<br>v.<br>Whiteriver Unified School District # 20, Meritain Health Incorporated, XYZ, Corp.,<br>Defendants. | No. CV-25-00012-DWL<br>**CERTIFICATE OF SERVICE**<br>Judge: Hon. Dominic W. Lanza |

I certify that on September 22, 2025, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants and mailed a copy this same date to the non-registrants:

- **NOTICE OF SETTLEMENT**

| | |
|---|---|
| Wade M. Burgeson, Esq.<br>ENGELMAN BERGER, P.C.<br>2800 North Central Avenue, Suite 1200<br>Phoenix, AZ 85004<br>Tel.: (602) 271-9090<br>Email: wmb@eblawyers.com<br><br>*Attorneys for Plaintiff,*<br>*PHI Health, LLC* | |

S. Deissig

Shannon Deissig