WADE M. BURGESON, SBA #015650
**ENGELMAN BERGER, P.C.**
2800 NORTH CENTRAL AVENUE, SUITE 1200
PHOENIX, ARIZONA 85004

Ph: (602) 271-9090
Fax: (602) 222-4999
Email: wmb@eblawyers.com

Attorneys for PHI Health, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

PHI Health, LLC,

Plaintiff,

vs.

Whiteriver Unified School District #20; Meritain Health, Inc., and XYZ Corp.,

Defendants.

Case No. 2:25-cv-00012-DWL

**NOTICE OF DISMISSAL WITH PREJUDICE**

PHI Health, LLC ("PHI" or "Plaintiff"), by and through undersigned counsel, hereby gives notice of the dismissal with prejudice of this lawsuit against Defendants Meritain Health, Inc. and Whiteriver Unified School District #20 (collectively, "Defendants"). Because Defendants have not filed an answer or motion for summary judgment, this notice is effective without Court order, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**DATED** this 18th day of May 2026.

**ENGELMAN BERGER, P.C.**

By *<u>/s/ Wade M. Burgeson</u>*
Wade M. Burgeson
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Attorneys for PHI Health, LLC

ENGELMAN BERGER, P.C.
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of May, 2026, I electronically transmitted the foregoing *Notice of Dismissal with Prejudice* to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, to all parties of record.

Mathew G. Kleiner
Gordon Rees Scully Mansukhani
One Renaissance Square
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004
*mkleiner@grsm.com*
*Attorneys for Defendants*
*Meritain Health Incorporated and*
*Whiteriver Unified School District #20*

*/s/ Lisa G. Morgan*